UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-20128-CIV-HUCK/O'SULLIVAN

SASA PADURJAN, and all
others similarly situated,

      Plaintiff,

vs.

AVENTURA LIMOUSINE &
TRANSPORTATION SERVICE,
INC., a Florida corporation,

      Defendant.
_____/

**ORDER ADOPTING IN PART REPORT AND RECOMMENDATION;
ORDER GRANTING IN PART PLAINTIFF'S MOTIONS FOR FEES AND COSTS**

THIS CAUSE comes before the Court upon the Plaintiff's Verified Motion for Attorneys' Fees and Incorporated Memorandum of Law (D.E. # 150), Verified Motion to Tax Costs and Incorporated Memorandum of Law (D.E. # 149), Verified First Supplemental Motion for Attorney's Fees, Costs, and Litigation Expenses, and Incorporated Memorandum of Law (D.E. # 173), and Notice of Filing Attorney Fee Hours from June 22, 2009 to the Present (D.E. # 198). On December 2, 2009, Magistrate Judge John J. O'Sullivan issued a Report and Recommendation (D.E. # 207) on these Motions, wherein he recommended that the Motions be granted in part and denied in part and Plaintiff awarded $105,778.96 in fees and costs. The Parties filed Objections to the Report and Recommendation, and this Court, on April 16, 2010, administratively closed and stayed the case pending the Eleventh Circuit's resolution of a matter bearing relation to this action. The Eleventh Circuit has since resolved that matter, and the Court has reopened this action accordingly.

The Court has reviewed *de novo* the Report and Recommendation, the Parties' Motions and

Objections, and the record, and is otherwise duly advised. The Court adopts the findings of fact and conclusions of law in the Report and Recommendation, except insofar as the Court finds that $225–not $300–is a reasonable rate for an attorney of Mr. Kleppin's experience and abilities in this type of FLSA case, especially in light of Plaintiff's counsel's inefficient, over-litigatory approach to this case. *See Perez v. Cary International, Inc.*, No. 08-16115, 2010 WL 1408288 (11th Cir. April 9, 2010) (unpublished opinion) (affirming, *inter alia*, *Powell v. Carey International, Inc.*, 547 F. Supp. 2d 1281 (S.D. Fla. 2008) (awarding Mr. Kleppin $175 hourly rate)). Accordingly, it is hereby

ORDERED that the Report and Recommendation is ADOPTED as to all issues except Mr. Kleppin's hourly rate, which shall be set in this matter at $225. Plaintiff is awarded $82,986.46 in attorneys' fees and costs. If Defendants do not pay this fee award within twenty (20) days of this Order, upon Plaintiff's appropriate motion, the Court will enter judgment against Defendant in the amount of $82,986.46 with taxes awarded.

DONE and ORDERED in Chambers, Miami, Florida, April 28, 2010.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
Magistrate Judge John J. O'Sullivan
Counsel of Record